IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA L. PFEISTER,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF CARMEL BY THE SEA, et al.<br><br>      Defendant.<br>_____/ | No. C 09-01941 MEJ<br><br>**ORDER FOR DEFENDANTS TO SUBMIT CHAMBERS COPIES** |

On May 19, 2009, defendants electronically filed certain motions which are now pending before the Court. Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6.  Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: May 26, 2009

                                                              MARIA-ELENA JAMES<br>
                                                              United States Magistrate Judge