# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JOANNA L. PFEISTER, | |
| Plaintiff(s), | No. C 09-01941 MEJ |
| v. | **ORDER TRANSFERRING CASE** |
| CITY OF CARMEL BY THE SEA, | |
| Defendant(s). | |

Pending before the Court is Defendants' Motion for Transfer of this Matter to the San Jose Division of this Court, filed May 19, 2009. (Dkt. #7.) Having reviewed Defendants' motion and Plaintiff's opposition thereto, and because this case arose out of Monterey County, Court hereby GRANTS Defendants' motion. Accordingly, this action shall be reassigned to a judge in the San Jose Division, pursuant to the Court's assignment plan.

**IT IS SO ORDERED.**

Dated: June 8, 2009

_____
Maria-Elena James
United States Magistrate Judge